# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158068(77)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TYKEITH L. TURNER,
      Defendant-Appellant.

_____/

SC: 158068
COA: 336406
Wayne CC: 95-010246-FC

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before November 7, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      October 31, 2019



           Clerk